# EXHIBIT

# A

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, STATE OF FLORIDA

**THE STATE OF FLORIDA**

**INFORMATION FOR**

vs.

**I. POSSESSION OF SUBSTITUTED CATHINONES**

**KAREEM JABAAR FOREMAN,**

**II. FLEEING OR ATTEMPTING TO ELUDE A LAW ENFORCEMENT OFFICER**

**Defendant**

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

HAROLD F. PRYOR, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that **KAREEM JABAAR FOREMAN, on the 1st day of July, A.D. 2021,** in the County and State aforesaid, did then and there have in his actual or constructive possession a controlled substance, to-wit: a Substituted Cathinone, without having a valid prescription, contrary to F.S. 893.03(1)(c)191. and F.S. 893.13(6)(a), (L3).

### COUNT II

HAROLD F. PRYOR, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that **KAREEM JABAAR FOREMAN, on the 1st day of July, A.D. 2021,** in the County and State aforesaid, did then and there unlawfully, being the operator of a vehicle, to-wit: a 2000 Ford F150, having knowledge that he had been ordered to stop said vehicle by a duly authorized law enforcement officer, to-wit: Danielle Lamparelli of the Fort Lauderdale Police Department, willfully refuse or fail to stop the vehicle in compliance with said order, or, having stopped in knowing compliance with said order, willfully flee in an attempt to elude Danielle Lamparelli of the Fort Lauderdale Police Department, contrary to F.S. 316.1935(1), (L1).

**JG**/ph
8/4/2021

**STATE OF FLORIDA vs. KAREEM JABAAR FOREMAN**                     **Information 2**


**IDENTIFYING DATA:**
**B/M, D.O.B. 08/30/1992**

COUNTY OF BROWARD
STATE OF FLORIDA

       Personally appeared before me _____ , duly appointed
as an Assistant State Attorney of the 17th Judicial Circuit of Florida by HAROLD F. PRYOR, State
Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward,
who being first duly sworn, certifies and says that testimony has been received under oath from the
material witness or witnesses for the offense(s), and the allegations as set forth in the foregoing
Information would constitute the offense(s) charged, and that this prosecution is instituted in good
faith.


                            _____
                            Assistant State Attorney, 17th Judicial Circuit of Florida

SWORN TO AND SUBSCRIBED before me this _____ day of _____ , A.D., 2021.

                            BRENDA D. FORMAN
                            Clerk of the Circuit Court, 17th Judicial Circuit
                            Broward County, Florida

                            By: _____
                                Deputy Clerk


To the within Information, Defendant pleaded _____ .
                            BRENDA D. FORMAN
                            Clerk of the Circuit Court, 17th Judicial Circuit
                            Broward County, Florida

                            By: _____
                                Deputy Clerk

**COMPLAINT AFFIDAVIT**

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY ☒ ARREST FORM

BROWARD COUNTY
ARREST # 21-01575

| | | | | | OBTS # | |

| Filing Agency FT LAUDERDALE PD | Offense Report 34-2107-109496 | Local ID # 338016 | FDLE | FBI | SS # S90-27-7001 |

| Defendant's Last Name FOREMAN | First KAREEM JABAAR | Middle | SUF | Alias/Street Name | Citizenship US |

| Race B | Sex M | Hgt 5'09 | Wgt 170 | Hair BLACK | Eyes BROW | Comp MEDIU | Age 28 | DOB 08/30/1992 | Birth Place FL, United States of America |

Permanent Address: 2730 SOMMERSET DR V104, LAUDERDALE LAKES, FL 33311

Scars, Marks, TT

| Residence Type: (1) City (2) County (3) Florida (4) Out of State | Local Address: 2730 SOMMERSET DR V104, LAUDERDALE LAKES, FL | Place of Employment | Length |

| How long defendant in Broward County: LIFE | Breathalyser By/CCN | Reading | Place of Arrest 1 W SUNRISE BLVD | Date/Time Arrested 07/01/2021 00:30 | Arresting Officer(s) CCN LAMPARELLI, DANIELLE J. |

| Officer Injured: Y ☐ N ☒ | Unit PATR | Zone 3440 | Beat | Shift FL03 | Trans. Unit | PMD: Y ☐ N ☒ | Transporting Officer/CCN LAMPARELLI | Pick-up Time | Time Arrived/BSO |

| TYPE / ACTIVITY: | Type: N-N/A A-Amphetamine B-Barbiturate C-Cocaine | E-Heroin H-Hallucinogen M-Marijuana O-Opium/Deriv. | P-Paraphernalia/ Equipment S-Synthetic U-Unknown Z-Other | Activity: N-N/A P-Possess S-Sell B-Buy | T-Traffic A-Smuggle D-Deliver E-Use | M-Manufacture/ Produce/Cultivate K-Dispense/ Distribute Z-Other | Indication of: Alcohol Influence ☐ Y N ☒ UK ☐ Drug Influence ☐ ☐ ☒ |

Attach Defendant's Photo

| Defendant's Vehicle Make: FORD | Type: 05 | Year: 2000 | Color: SIL | VIN # 2FTRX07W1YCA73503 |
| Vehicle Towed To: Mr Lockout & Towing | | Tag #: OFPD02 | Other identifiers or remarks: |

Name of victim(s) (if corporation, exact legal name and state of incorporation):
State Of Florida/ft.lauderdale

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Caplas/Warrant # |
| --- | --- | --- | --- |
| 1 | POSSESSION OF MDMA (ESCTASY) | | 893.13-6a(MDMA) |
| 1 | POSSESSION OF OXYCODONE (PERCOCAN/PERCOCET) | | 893.13-6a(Oxy) |
| 1 | RESIST OFFICER-OBSTRUCT WO VIOLENCE | 871966 | 843.02 |
| 1 | FLEE ELUDE POLICE-FLEE DISREGARD SAFETY CAUSE INJURY OR DEAT | | 316.1935-3B |
| 1 | ACTIVE WARRANT RESIST W O VIOLENCE BOND $100.00 | 202104542 | 20001684MM10A-000 |

**Probable Cause Affidavit**

Before me this date personally appeared LAMPARELLI, DANIELLE J. (1966) who being first duly sworn deposes and says that on
1 day of July, (year) 2021 at 400 NW 6TH ST, FORT LAUDERDALE, FL 33311 (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

On 07/01/2021, I was conducting patrol in my marked police vehicle. I was traveling in an eastbound direction on NW 6TH ST approaching NW 6TH AV. I observed that the silver color Ford F-150 traveling in front of me did not have an operable tag light above the license plate. I conducted a traffic stop by activating my patrol vehicle's overhead lights. The vehicle came to a complete stop in the 600 block of NW 4TH AV. It should be noted that the tag on the vehicle is QFPD02.

* * * Continued * * *

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated therein are true and correct to the best of my knowledge and belief.

| Officer/Affiant's Signature | LAMPARELLI, DANIELLE J. (1966) Officer's Name/CCN | Patrol Officer's Division |

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 1 day of July, 2021 (year),
by OFFICER LAMPARELLI, DANIELLE J. (name and title), who is personally known to me or has produced
_____ as identification.

| Notary Public, Deputy Clerk of the Court, or Assistant State Attorney | OFFICER / 1965 Title/Rank and CCN |

GUZMAN, VICTOR A
Print, Type or Stamp Commissioned Name of Notary Public

(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida
BSO DB-#2 (Revised 05/00)

FIRST APPEARANCE/ARREST FORM

(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a))

Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

**COURT COPY**

**COMPLAINT AFFIDAVIT**

PROBABLE CAUSE AFFIDAVIT CONTINUATION                                  ☒ ARREST FORM

BROWARD COUNTY
ARREST # 21-01575                                                          OBTS #

| Filing Agency FT LAUDERDALE PD | Offense Report 34-2107-109496 | Local ID #: 338016 | FDLE: | FBI: | SS# 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 |
|---|---|---|---|---|---|

| Defendant's Last Name FOREMAN | First KAREEM | Middle JABAAR | SUF | Alias/Street Name | Citizenship US |
|---|---|---|---|---|---|

Name of victim(s) (if corporation, exact legal name and state of incorporation):

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | ACTIVE WARRANT FAIL TO OBEY POLICE OFC. BOND $100.00 | 2021 04542 | 20004684MM |
| | | 1164 | |

### Probable Cause Affidavit

Before me this date personally appeared   LAMPARELLI, DANIELLE J. (1966)   who being first duly sworn deposes and says that on
1.  day of   July  , (year)   2021   at   400 NW 6TH ST, FORT LAUDERDALE, FL 33311   (crime location)
the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

The driver, who was identified as Kareem Foreman, provided me with his FL DL and
registration to the vehicle. DEF did not provide proof of vehicle insurance during the
traffic stop. A BSO WNS search of DEF provided that he had a possible active warrant(s).
I then asked DEF to step out of the vehicle, at which time, he obstructed my
investigation by aggressively throwing his vehicle into drive and fleeing from the
traffic stop. DEF fled at a high rate of speed and drove recklessly in the rainy weather
and with a wanton disregard for public safety.

Ofc. Guzman located the vehicle and observed DEF attempting to flee from the scene on
foot. DEF was quickly placed into handcuffs and detained. The DEF was holding the
vehicle's keys upon being detained. Attached to one of the d-rings was a lighter with a
black pouch on the bottom of it.

A search incident to arrest revealed a white circular pill with the imprint of 15 was
inside of the pouch. The pill was later identified as Oxycodone by Drugs.com.
Additionally, a tan in color, rectanglar-shaped pill was located inside of the pouch.
Based on my training and experience, I identified this pill to be possible narcotics.
The pill was NARK II field tested and yielded positive results for METH/ MDMA. Both
narcotics weighed approximately less than 1 G and were later placed into FLPD Evidence.
Furthermore, the pouch that the narcotics were inside of was also later placed into FLPD
Evidence.

FLPD TTY later confirmed the following active warrants REF WC# 2021-04542:
COUNT ONE:  CASE #20004684MM10A -000 FAIL TO OBEY POLICE OFC. BOND $100.00
                                                    * * * Continued * * *

I swear the above statement is correct and true to the best of my knowledge and belief.

| Officer/Affiant's Signature | Officer's Name/CCN LAMPARELLI, DANIELLE J. (1966) | Officer's Division Patrol |
|---|---|---|

STATE OF FLORIDA
COUNTY OF BROWARD
Sworn to (or affirmed) and subscribed before me this _____ 1 _____ day of _____ July _____ , _____ 2021 _____ (year),
by   OFFICER LAMPARELLI, DANIELLE J.   (name and title), who is personally known to me or has produced
_____ as identification.

_____
Notary Public, Deputy Clerk of the Court, or Assistant State Attorney                OFFICER / 1965
                                                                                    Title/Rank and CCN

GUZMAN, VICTOR A
Print, Type or Stamp Commissioned Name of Notary Public                                  (SEAL)

Seventeenth Judicial Circuit
Broward County                          FIRST APPEARANCE/ARREST FORM                  Orig  -  Court
State of Florida                                                                      2nd  -  State Attorney
                                         **COURT COPY**                               3rd  -  Filing Agency
BSO DB-#2a (Revised 05/00)                                                            4th  -  Arresting Agency

COMPLAINT AFFIDAVIT
PROBABLE CAUSE AFFIDAVIT CONTINUATION

☒ ARREST FORM

BROWARD COUNTY
ARREST # 21-01575

OBTS #

| Filing Agency FT LAUDERDALE PD | Offense Report 34-2107-109496 | Local ID # 338016 | FDLE | FBI | SS # 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 |
|---|---|---|---|---|---|
| Defendant's Last Name FOREMAN | First KAREEM | Middle JABAAR | SUF | Alias/Street Name | Citizenship US |

Name of victim(s) (if corporation, exact legal name and state of incorporation):

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | * * * SEE PAGE 1 * * * | | |

### Probable Cause Affidavit

Before me this date personally appeared __LAMPARELLI, DANIELLE J. (1966)__ who being first duly sworn deposes and says that on __1__ day of __July__, (year) __2021__ at __400 NW 6TH ST, FORT LAUDERDALE, FL 33311__ (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

COUNT TWO: CASE #20004684MM10A -000 RESIST/ OBSTRUCT W/O VIOLENCE BOND $100.00

DEF was cited three UTC citations and provided with copies:
AEKODEE OPERATING NON-CMV WITHOUT PROPER INSURANCE
AEKODFE DRIVE VEH. UNSAFE/ DEFECTIVE EQUIPMENT
AEKODGE FLEE/ ELUDE POLICE DISREGARD TO PUBLIC SAFETY

Additionally, the DEF was charged with:
893.13-6A(OXY) POSSESSION OF OXYCODONE
893.13-6A(MDMA) POSSESSION OF MDMA  .

The vehicle was later towed by Westway.

DEF was TOT BSO MAIN JAIL with no further incident.

Body worn cameras captured this incident.

I swear the above statement is correct and true to the best of my knowledge and belief.

Officer/Affiant's Signature

| | LAMPARELLI, DANIELLE J. (1966) | Patrol |
|---|---|---|
| | Officer's Name/CCN | Officer's Division |

STATE OF FLORIDA
COUNTY OF BROWARD
Sworn to (or affirmed) and subscribed before me this __1__ day of __July__, __2021__ (year),
by __OFFICER LAMPARELLI, DANIELLE J.__ (name and title), who is personally known to me or has produced ____ as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney

OFFICER / 1965.
Title/Rank and CCN

GUZMAN, VICTOR A
Print, Type or Stamp Commissioned Name of Notary Public

(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

**COURT COPY**

BSO DB-#2a (Revised 05/00)

Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

**COMPLAINT AFFIDAVIT**

☐ SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☒ ARREST FOR

BROWARD COUNTY

ARREST # 21-01575

OBTS #

| Filing Agency | Offense Report | Local ID # | FDLE | FBI | SS# |
|---|---|---|---|---|---|
| FT LAUDERDALE PD | 34-2107-109496 | 338016 | | | 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 |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| FOREMAN | KAREEM | JABAAR | | | US |

| Race | Sex | Hgt | Wgt | Hair | Eyes | Comp | Age | DOB | Birth Place |
|---|---|---|---|---|---|---|---|---|---|
| B | M | 5'09 | 170 | BLACK | BROW | MEDIU | 28 | 08/30/1992 | FL, United States Of America |

Scars, Marks, TT

Permanent Address
2730 SOMMERSET DR 1'104, LAUDERDALE LAKES, FL 33311

Residence City (1) City  (2) County  (3) Florida  (4) Out of State

Local Address: 2730 SOMMERSET DR 1'104, LAUDERDALE LAKES, FL

Place of Employment | Length

| How long defendant in Broward County LIFE | Breathalyser By/CCN | Reading | Place of Arrest 1 W SUNRISE BLVD | Date/Time Arrested 07/01/2021  00:30 | Arresting Officer(s) CCN LAMPARELLI, DANIELLE J. |
|---|---|---|---|---|---|

| Officer Injured Y ☐ N ☒ | Unit PATR | Zone 3440 | Beat | Shift FL03 | Trans. Unit 6797 | PMD Y ☐ N ☒ | Transporting Officer/CCN LAMPARELLI | Pick-up Time | Time Arrived/BSO FO |
|---|---|---|---|---|---|---|---|---|---|

TYPE / ACTIVITY

Type:
N-N/A
A-Amphetamine
B-Barbiturate
C-Cocaine

E Heroin
H-Hallucinogen
M Marijuana
O-Opium/Deriv

P-Paraphernalia/Equipment
S-Synth etc
U-Unknown
Z-Other

Activity:
N-N/A
P-Possess
S-Sell
B-Buy

T-Traffic
A-Smuggle
D-Deliver
E-Use

M-Manufacture/Produce/Cultivate
K-Dispense/Distribute
Z-Other

Indication of:  Y  N  UK
Alcohol Influence ☐ ☒ ☐
Drug Influence ☐ ☐ ☒

Attach Defendant's Photo

| Defendant's Vehicle (Make) FORD | Type 03 | Year 2000 | Color SIL | VIN # 2FLRX07W1YCA75303 |
|---|---|---|---|---|

Vehicle Towed To: Mr Lockout & Towing

Tag # QFPD02

Other Identifiers or remarks

Name of victim(s) (if corporation, exact legal name and state of incorporation).
State Of Florida/ft.lauderdale

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Caplas/Warrant #J. |
|---|---|---|---|
| 1 | POSSESSION OF MDMA (ESCTAS) | | 893.13-6n(MDMA)  B30 |
| 1 | POSSESSION OF OXYCODONE (PERCOC OR PERCOCET) | | 893.13-6n(Oxy)  FC |
| 1 | RESIST OFFICER-OBSTRUCT WO VIOLENCE | | 843.02  1M |
| 1 | FLEE ELUDE POLICE-FLEE DISREGARD SAFETY CAUSE INJURY OR DEAT | | 316.1935-1B  35 |
| 1 | ACTIVE WARRANT RESIST W/O VIOLENCE BOND $100.00 | | 20004684MM10A-000  03 |

**Probable Cause Affidavit**

Before me this date personally appeared LAMPARELLI, DANIELLE J. (1966) who being first duly sworn deposes and says that on

1 day of July , (year) 2021 at 400 NW 6TH ST, FORT LAUDERDALE, FL 33311 (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

On 07/01/2021, I was conducting patrol in my marked police vehicle. I was traveling in an eastbound direction on NW 6TH ST approaching NW 6TH AV. I observed that the silver color Ford F-150 traveling in front of me did not have an operable tag light above the license plate. I conducted a traffic stop by activating my patrol vehicle's overhead lights. The vehicle came to a complete stop in the 600 block of NW 4TH AV. It should be noted that the tag on the vehicle is QFPD02.

* * * Continued * * *

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated therein are true and correct to the best of my knowledge and belief.

Officer/Affiant's Signature

LAMPARELLI, DANIELLE J. (1966)
Officer's Name/CCN

Patrol
Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 1 day of July , 2021 (year),

by OFFICER LAMPARELLI, DANIELLE J. (name and title), who is personally known to me or has produced

as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney

OFFICER / 1965
Title/Rank and CCN

GUZMAN, VICTOR A
Print, Type or Stamp Commissioned Name of Notary Public

(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

BSO DB-42 (Revised 05/00)

(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a)

Ong - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

**COURT COPY**

**COMPLAINT AFFIDA**

**PROBABLE CAUSE AFFIDAVIT CONTINUA**

☒ ARREST FOF

BROWARD COUNTY
ARREST # 21-01575

OBTS #

| Filing Agency FT LAUDERDALE PD | Offense Report 34-2107-109496 | Legal ID # 538016 | FDLE | FBI | SS # 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 |
|---|---|---|---|---|---|
| Defendant's Last Name FOREMAN | First KAREEM | Middle JABAAR | SUF | Alias/Street Name | Citizenship US |

Name of victim(s) (If corporation, exact legal name and state of Incorporation):

| Count # | Offenses Charged | WC# / Citation # (If applicable) | FS or Caplas/Warrant # |
|---|---|---|---|
| 1 | ACTIVE WARRANT FAIL TO OBEY POLICE OFC. BOND $100.00 | | 20004684MM |
| | | | |
| | | | |
| | | | |

### Probable Cause Affidavit

Before me this date personally appeared _LAMPARELLI, DANIELLE J. (1966)_ who being first duly sworn deposes and says that on
_1_ day of _July_, (year) _2021_ at _400 NW 6TH ST. FORT LAUDERDALE, FL 33311_ (crime location)
the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

The driver, who was identified as Kareem Foreman, provided me with his FL DL and registration to the vehicle. DEF did not provide proof of vehicle insurance during the traffic stop. A BSO WNS search of DEF provided that he had a possible active warrant(s). I then asked DEF to step out of the vehicle, at which time, he obstructed my investigation by aggressively throwing his vehicle into drive and fleeing from the traffic stop. DEF fled at a high rate of speed and drove recklessly in the rainy weather and with a wanton disregard for public safety.

Ofc. Guzman located the vehicle and observed DEF attempting to flee from the scene on foot. DEF was quickly placed into handcuffs and detained. The DEF was holding the vehicle's keys upon being detained. Attached to one of the d-rings was a lighter with a black pouch on the bottom of it.

A search incident to arrest revealed a white circular pill with the imprint of 15 was inside of the pouch. The pill was later identified as Oxycodone by Drugs.com. Additionally, a tan in color, rectanglar-shaped pill was located inside of the pouch. Based on my training and experience, I identified this pill to be possible narcotics. The pill was NARK II field tested and yielded positive results for METH/ MDMA. Both narcotics weighed approximately less than 1 G and were later placed into FLPD Evidence. Furthermore, the pouch that the narcotics were inside of was also later placed into FLPD Evidence.

FLPD TTY later confirmed the following active warrants REF WC# 2021-04542:
COUNT ONE:  CASE #20004684MM10A -000 FAIL TO OBEY POLICE OFC. BOND $100.00

I swear the above statement is correct and true to the best of my knowledge and belief.

**\* \* \* Continued \* \* \***

Officer/Affiant's Signature

_LAMPARELLI, DANIELLE J. (1966)_
Officer's Name/CCN

_Patrol_
Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this _____ day of _____ July _____, _2021_ (year),
by _OFFICER LAMPARELLI, DANIELLE J._ (name and title), who is personally known to me or has produced
_____ as Identification.

Notary Public, Deputy Clerk of the Court or Assistant State Attorney

_OFFICER / 1965_
Title/Rank and CCN

_GUZMAN, VICTOR A_
Print, Type or Stamp Commissioned Name of Notary Public

Seventeenth Judicial Circuit
Broward County
State of Florida

(SEAL)

BSO DB-#2a (Revised 05/00)

FIRST APPEARANCE/ARREST FORM

**COURT COPY**

Orig  -  Court
2nd  -  State Attorney
3rd  -  Filing Agency
4th  -  Arresting Agency

**COMPLAINT AFFIDAVIT**
PROBABLE CAUSE AFFIDAVIT CONTINUATION

☒ **ARREST FORM**

BROWARD COUNTY
ARREST # 21-01575

OBTS #

| Filing Agency | Offense Report | Local ID # | FOI.E. | FBI | SS.# |
|---|---|---|---|---|---|
| FT LAUDERDALE PD | 34-2107-109496 | 338016 | | | 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 |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| FOREMAN | KAREEM JABAAR | | | | US |

Name of victim(s) (if corporation, exact legal name and state of incorporation):

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | * * * SEE PAGE 1 * * * | | |
| | | | |
| | | | |

**Probable Cause Affidavit**

Before me this date personally appeared __LAMPARELLI, D. DANIELLE J. (1966)__ who being first duly sworn deposes and says that on
___ day of __July__, (year) __2021__ at __400 NW 6TH ST, FORT LAUDERDALE, FL 33311__ (crime location)
the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

COUNT TWO: CASE #20004684MM10A -000 RESIST/ OBSTRUCT W/O VIOLENCE BOND $100.00

DEF was cited three UTC citations and provided with copies:
AEKODEE OPERATING NON-CMV WITHOUT PROPER INSURANCE
AEKODFE DRIVE VEH. UNSAFE/ DEFECTIVE EQUIPMENT
AEKODGE FLEE/ ELUDE POLICE DISREGARD TO PUBLIC SAFETY

Additionally, the DEF was charged with:
893.13-6A(OXY) POSSESSION OF OXYCODONE
893.13-6A(MDMA) POSSESSION OF MDMA

The vehicle was later towed by Westway.

DEF was TOT BSO MAIN JAIL with no further incident.

Body worn cameras captured this incident.

I swear the above statement is correct and true to the best of my knowledge and belief.

Officer/Affiant's Signature

__LAMPARELLI, DANIELLE J. (1966)__
Officer's Name/CCN

__Patrol__
Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this ___1___ day of ___July___, ___2021___ (year),
by __OFFICER LAMPARELLI, DANIELLE J.__ (name and title), who is personally known to me or has produced
_____ as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney

__OFFICER / 1965__
Title/Rank and CCN

__GUZMAN, VICTOR A__
Printed, Typed or Stamp Commissioned Name of Notary Public

(SEAL)

Seventeenth Judicial Circuit
Broward County
Broward Florida
SO Dep 42a (Revised 05/00)

FIRST APPEARANCE/ARREST FORM

**COURT COPY**

Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

# State Attorney Case Filing Cover Letter

The foregoing police report is hereby sworn to and the facts contained therein are true and correct to the best of my knowledge, information and belief.

## Case Information

Case Number: 34-2107-109496                    Agency: FLPD

Primary Offense: Drugs / Narcotics Offenses

Report date: 07/01/2021                Time added:  05:03

## Case Officer

Printed name:  LAMPARELLI, DANIELLE J    (1966)

Signature: _____    ID:    44784

Date:  07/01/2021

## Supervisor

Printed name:  O`BRIEN, PATRICK E    (1401)

Signature: _____    ID:    41995

Date:  07/01/2021

## Investigator

Printed name: _____

Signature: _____    ID: _____

Date: _____            Date assigned: 07/01/2021

# INCIDENT/INVESTIGATION REPORT

| Agency Name | | Case# 34-2107-109496 |
|---|---|---|
| **Ft Lauderdale Police Department** | | Date / Time Reported **07/01/2021 05:03 Thu** |
| ORI **FL0060300** | | Last Known Secure **07/01/2021 00:17 Thu** |

| Location of Incident **1 W SUNRISE BLVD, Fort Lauderdale FL 33311** | Gang Relat **UNK** | Premise Type **Highway/road/alley/st** | Zone/Tract **3450** | At Found **07/01/2021 04:12 Thu** |
|---|---|---|---|---|

| | Crime Incident(s) | (Com) | Weapon / Tools | | | | Activity |
|---|---|---|---|---|---|---|---|
| **#1** | **Drugs / Narcotics Offenses** **DRGO** | | Entry | Exit | | Security | **P** |
| **#2** | Crime Incident **All Arrestable Traffic Violations (not Dui) - TRAA** | (Com) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |
| **#3** | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |

## MO

| # of Victims **1** | Type: **STATE** | | Injury: | | | | | | Domestic: N |
|---|---|---|---|---|---|---|---|---|---|
| **V1** | Victim/Business Name (Last, First, Middle) **State Of Florida/ft.lauderdale** | | Victim of Crime # **1, 2** | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status **N/A** |
| Home Address | | | | | | | | Home Phone | |
| Employer Name/Address | | | | | | Business Phone | | Mobile Phone | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type: | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | | Home Phone | |
| Employer Name/Address | | | | | | Business Phone | | Mobile Phone | |

| Type: | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | | Home Phone | |
| Employer Name/Address | | | | | | Business Phone | | Mobile Phone | |

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 36 | 6 | $0.00 | | 1 | LIGHTER POUCH | | |
| | 03 | INVO | $1.00 | | 1 | 2000 SIL, QFPD02 FL | FORD F150 | 2FTRX07W1YCA75503 |
| | | | | | | | | |

| Officer/ID# **Lamparelli, Danielle J   (PATR, PATR) (1966)** | | |
|---|---|---|
| Invest ID# **(0)** | Supervisor **O'brien, Patrick E   (PATR, PATR)** | |
| Complainant Signature | Case Status **Cleared By Arrest   07/01/2021** | Case Disposition: **Page 2** |

R_CS1IBR          Printed By: FL8542, FL8542          Sys#: 1304104          07/04/2021 06:30

## INCIDENT/INVESTIGATION REPORT

*Ft Lauderdale Police Department*

Case # *34-2107-109496*

| Status Codes | L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found |
|---|---|

| UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|
| L | 6 | 1.000 | GM | AMPHETAMINES/METHAMPHETAMINES | Poss |
| P | 6 | 1.000 | DU | OTHER DRUGS | Poss |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Assisting Officers**

**Suspect Hate / Bias Motivated:**

**NARRATIVE**

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| Ft Lauderdale Police Department | | *34-2107-109496* |
| Victim | Offense | Date / Time Reported |
| *Society* | *DRUGS / NARCOTICS OFFENSES* | *Thu 07/01/2021 05:03* |

On 07/01/2021, I was conducting patrol in my marked police vehicle. I was traveling in an eastbound direction on NW 6TH ST approaching NW 6TH AV. I observed that the silver color Ford F-150 traveling in front of me did not have an operable tag light above the license plate. I briefly followed the vehicle until there was enough surrounding light to ascertain the vehicles license plate. Upon running the license plate of the vehicle, it was revealed to me that the registered owner, Kareem Foreman, had possible active warrant(s). It should be noted that the tag on the vehicle is QFPD02. I conducted a traffic stop by activating my patrol vehicle's overhead lights. The vehicle came to a complete stop in the 600 block of NW 4TH AV.

The driver, who was identified as Kareem Foreman, provided me with his FL DL and registration to the vehicle. Foreman did not provide proof of vehicle insurance during the traffic stop. An additional BSO WNS search of Forearm provided that he had a possible active warrant(s) in reference to resisting w/o violence and fail to obey police officer.

I then asked Foreman to step out of the vehicle, at which time, he obstructed my investigation by aggressively throwing his vehicle out of park and into drive and fleeing from the traffic stop. Foreman fled from the scene of the traffic stop at a high rate of speed thorugh residential neighborhoods. Additionally, Foreman operated the vehicle recklessly in the rainy weather and with a wanton disregard for the safety of persons or property.

At this time, I quickly BOLOd that the vehicle had fled from my traffic stop using the department issued radios. Ofc. Guzman located the vehicle and observed Foreman attempting to flee from the scene on foot. Foreman was quickly placed into handcuffs and detained. Foreman was holding the vehicle's keys upon being detained. Attached to one of the d-rings was a lighter with a black pouch on the bottom of it. I separated the lighter from the vehicle's keys as the vehicle was subsequently being towed.

FLPD TTY later confirmed the following active warrants REF WC# 2021-04542:
COUNT ONE:  CASE #20004684MM10A -000 FAIL TO OBEY POLICE OFC. BOND $100.00
COUNT TWO: CASE #20004684MM10A -000 RESIST/ OBSTRUCT W/O VIOLENCE BOND $100.00

A search incident to arrest revealed a white circular pill with the imprint of 15 was inside of the lighter pouch. Additionally, a smaller piece of the same white circular pill was inside of the pouch. The pill was later identified as Oxycodone by Drugs.com. The two units of oxycodone were later placed into FLPD evidence.

Additionally, a tan in color, rectanglar-shaped pill was located inside of the pouch. Based on my training and experience, I identified this pill to be possible narcotics. The pill was NARK II field tested which revealed positive results for METHAMPHETAMINES/ MDMA. The MDMA pill weighed aproximately less than 1 G and was later placed into FLPD evidence.

Furthermore, the lighter pouch that the narcotics were located inside of was also placed into FLPD Evidence.

Foreman was cited three UTC citations and provided with copies:
AEKODEE OPERATING NON-CMV WITHOUT PROPER INSURANCE
AEKODFE DRIVE VEH. UNSAFE/ DEFECTIVE EQUIPMENT
AEKODGE FLEE/ ELUDE POLICE DISREGARD TO PUBLIC SAFETY

Additionally, the Foreman was charged with the following:
893.13-6A(OXY) POSSESSION OF OXYCODONE

---

Reporting Officer: *LAMPARELLI, DANIELLE*     Printed By: FL8542, FL8542     07/04/2021 06:30     Page 4
C53NC

## REPORTING OFFICER NARRATIVE

*Ft Lauderdale Police Department*

| | | OCA |
|---|---|---|
| | | 34-2107-109496 |
| Victim | Offense | Date / Time Reported |
| *Society* | *DRUGS / NARCOTICS OFFENSES* | *Thu 07/01/2021 05:03* |

893.13-6A(MDMA) POSSESSION OF MDMA
843.02 RESIST/ OBSTRUCT W/O VIOLENCE
316.1935-3B FLEE AND ELUDE POLICE W/ DISREGARD FOR PUBLIC SAFETY

The vehicle was later searched prior to being towed. Inside of the vehicle, officers located a baggie of an unknown green leafy substance. This substance weighed approximately 4.7 G and was placed into evidence for destruction. The vehicle was then towed by Westway.

Foreman was TOT BSO MAIN JAIL with no further incident.

Body worn cameras captured this incident.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated therein are true and correct to the best of my knowledge and belief.

Electronically Signed: Ofc. D. Lamparelli 1966     Date: 07/01/2021

## Incident Report Suspect List

*Ft Lauderdale Police Department*

OCA: *34-2107-109496*

| Name (Last, First, Middle) | | | | | | Also Known As | | | | | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *FOREMAN, KAREEM JABAAR* | | | | | | | | | | | *2730 SOMMERSET DR - V104* |
| Business Address | | | | | | | | | | | *LAUDERDALE LAKES, FL 33311* |
| | | | | | | | | | | | *954-248-8627* |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *08/30/1992* | *28* | *B* | *M* | *N* | *509* | *170* | *BLK* | *BRO* | *MED* | *F655510923100 FL* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | *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* |

| Weapon, Type | Feature | Make | | Model | | | Color | Caliber | Dir of Travel | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Mode of Travel | |

| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |
|---|---|---|---|---|---|---|---|---|---|---|

| Notes | | | | | Physical Char | | | |
|---|---|---|---|---|---|---|---|---|

## Incident Report Related Vehicle List

Ft Lauderdale Police Department

OCA: *34-2107-109496*

| VehYr/Make/Model | | | Style | | Color | | Lic/Lis /Decal | | VIN | |
|---|---|---|---|---|---|---|---|---|---|---|
| *2000 FORD, F150* | | | *PK* | | *SIL* | | *QFPD02 FL 2021* | | *2FTRX07W1YCA75503* | |
| IBR Status | | | Date | | Location | | | | | |
| *Involved In Crime* | | | *07/01/2021* | | *1 W SUNRISE BLVD, FORT LAUDERDALE FL* | | | | | |
| Condition | | Value | | | Offense Code | Jurisdiction | | State # | | NIC # |
| | | | | *$1.00* | *35A* | *Locally* | | | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *Foreman, Kareem Jabaar* | | *2730 SOMMERSET DR - V104* |
| Business Address | | *LAUDERDALE LAKES, FL 33311* |
| | | *954-248-8627* |

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| *08/30/1992* | *28* | *B* | *M* | *509* | *170* | |

Notes

---

R_CS9IBR

## Incident Report Related Property List

*Ft Lauderdale Police Department*

OCA: *34-2107-109496*

| Property Description | | | | Make | | | Model | | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *AMPHETAMINES/METHAMPHETAMINES* | | | | | | | | | | | |
| Color | Serial No. | | | Value | | Qty | | Unit | Jurisdiction | | |
| *Tan* | | | | | *$0.00* | | *1.000* | *GM* | | | *Locally* |
| Status | Date | | NIC# | | State # | | Local # | | OAN | | |
| *Seized* | *07/01/2021* | | | | | | | | | | |
| Name (Last, First, Middle) | | | | | DOB | | | Age | Race | | Sex |
| *\* No name \** | | | | | | | | | | | |

Notes

*LESS THAN 1 G FIELD TEST POSITIVE MDMA*

| Property Description | | | | Make | | | Model | | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *OTHER DRUGS* | | | | | | | | | | | |
| Color | Serial No. | | | Value | | Qty | | Unit | Jurisdiction | | |
| *White* | | | | | *$0.00* | | *1.000* | *DU* | | | *Locally* |
| Status | Date | | NIC# | | State # | | Local # | | OAN | | |
| *Seized* | *07/01/2021* | | | | | | | | | | |
| Name (Last, First, Middle) | | | | | DOB | | | Age | Race | | Sex |
| *\* No name \** | | | | | | | | | | | |

Notes

*2 PIECES OF WHITE ROUND CIRCULAR OXYCODONE WITH 15 IMPRINTED ON IT.*

| Property Description | | | | Make | | | Model | | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *LIGHTER POUCH* | | | | | | | | | | | |
| Color | Serial No. | | | Value | | Qty | | Unit | Jurisdiction | | |
| *Black* | | | | | *$0.00* | | *1.000* | | | | *Locally* |
| Status | Date | | NIC# | | State # | | Local # | | OAN | | |
| *Seized* | *07/01/2021* | | | | | | | | | | |
| Name (Last, First, Middle) | | | | | DOB | | | Age | Race | | Sex |
| *\* No name \** | | | | | | | | | | | |

Notes

*BLACK LIGHTER POUCH*

## SE SUPPLEMENTAL REPORT

Printed: 07/22/2021  11:08

**Ft Lauderdale Police Department**

OCA : *342107109496*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *NA*                    **Occurred:** *07/01/2021*

   **Offense:** *DRUGS / NARCOTICS OFFENSES*

**Investigator:** *GUZMAN, VICTOR A   (1965)*                    **Date / Time:** *07/17/2021 05:58:33, Saturday*

**Supervisor:** *O`BRIEN, PATRICK E   (1401)*          **Supervisor Review Date / Time:** *07/17/2021 15:11:42, Saturday*

   **Contact:**                              **Reference:** *Patrol Assist*

I Ofc. Guzman (1965) responded as a backup officer to a traffic stop conducted by Ofc. Lamparelli in the 600 block of Nw 4th Av. Upon arrival, I made a driver`s side approach to the vehicle, which was a black pickup truck, and spoke to the occupant of the vehicle, identified as Kareem Foreman. It should be noted, I was clearly able to see Foreman`s face the entire time I was speaking with him.  A short time later, Ofc. Lamparelli returned to the vehicle and requested Foreman step out of the car. Upon making the request, Foreman put his vehicle in drive and fled the traffic stop. Ofc. Lamparelli subsequently BOLO`d the vehicle.

After leaving the scene of the traffic stop, I observed a black pickup truck enter the parking lot of the Walgreens located at 1 West Sunrise Blvd. That vehicle matched the description of the vehicle that had just fled from Ofc. Lamparelli`s traffic stop. Upon further investigation, I located the black pickup truck in the rear of the parking lot and observed Foreman attempting to walk away from the truck. Upon sight of my police vehicle, Foreman immediately began to get on the ground and put his hands behind his back. Foreman was taken into custody without incident. Custody of Foreman was turned over to Ofc. Lamparelli. This concludes my involvement in the case. NFI.

The content of this document is based on information obtained during the course of my investigation, my observations of the incident and captured by a body worn camera system.
Under penalties of perjury, I declare that I have read the foregoing and that the facts stated therein are true and correct to the best of my knowledge and belief.
Electronically Signed: Officer V. Guzman #1965    Date: 07/17/2021

**Investigator Signature**                    **Supervisor Signature**

r_supp3

**Broward County Sheriff's Office**
**Crime Laboratory**
**201 SE Sixth Street, Room 1799**
**Fort Lauderdale, FL, 33301**

**Submitting Agency**

Fort Lauderdale Police Department

1300 W Broward Blvd

Fort Lauderdale FL 33312

## Invoice Report

| | |
|---|---|
| Invoice Number: | 21-06215-01 |
| Invoice Date: | 07/27/2021 |
| Lab Case #: | 21-06215 |
| Agency Case #: | 21-109496 |

**Suspect(s)/Victim(s)**

KAREEM FOREMAN (Suspect)

**General Invoice Items**

| Task Name | Description | Price | Percentage | Total |
|---|---|---|---|---|
| 2020 CT | Report detailing Drug analysis and identification | 445.90 | 0 | $445.90 |
| | | | **Total General Invoice Items:** | $445.90 |
| | | | **Total Invoice:** | $445.90 |

# CRIME LABORATORY ANALYSIS REPORT

Broward County Sheriff's Office
Crime Laboratory
Fort Lauderdale, FL 33301

| | |
|---|---|
| Lab Case Number: | 21-06215 |
| Agency Case: | 21-109496 |
| Date: | 7/21/2021 |
| Page: | 1 of 1 |

To: DANIELLE LAMPARELLI
Fort Lauderdale Police Department
1300 W Broward Blvd
Fort Lauderdale, FL 33312

## The following evidence was submitted to this laboratory:

1 - (1)        Two loose brownish colored tablet pieces
  1.1 - (1)        One loose brownish tablet piece
2 - (2)        One light blue tablet marked as "M/15" and one piece of a light blue tablet

## Results of Examination/Analysis:

1.1 - (1) -        Chloromethcathinone;  0.15 g net weight

Only those items discussed in the results above were examined for this report. This report represents the opinions and interpretations of the undersigned analyst.

Respectfully submitted,

*Kh Campbell*

Kisha Campbell
Criminalist

An ANAB Accredited Laboratory

FOR OFFICIAL USE ONLY - LAW ENFORCEMENT SENSITIVE

Filing # 131408067 E-Filed 07/26/2021 03:15:27 PM

[21006243CF10A] [7/1/2021] [FCF] [FD] [JG / 629]                    FCF

IN THE CIRCUIT COURT, 17TH JUDICIAL CIRCUIT, BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,

Plaintiff,                                      CASE NO: **21-006243CF10A**

V.                                              **JUDGE: HON BARBARA DUFFY**

**KAREEM FOREMAN,**

Defendant.

_____/

### NOTICE OF APPEARANCE
### WRITTEN PLEA OF NOT GUILTY
### DEMAND FOR DISCOVERY

**COMES NOW** the Defendant, by and through the undersigned attorney and informs the Court and the State of Florida that LAURA A. CHUKWUMA, ESQUIRE, will be representing the defendant in this case.

COMES NOW the defendant, by and through the undersigned attorney, and enters this WRITTEN PLEA OF NOT GUILTY AND DEMAND FOR DISCOVERY for the offense(s) charged.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished this 26th day of July, 2021 to the State Attorney's Office, 201 SE 6th Street, Fort Lauderdale, Florida 33301.

**LAW OFFICE OF LAURA CHUKWUMA, PA**
200 SE 6th Street, Suite 305
Ft. Lauderdale, FL 33301
Tel: (954) 524-1717; Fax: (954) 524-1782

By: /S/ Laura Chukwuma
Laura A. Chukwuma, Esquire
Attorney for Defendant
Fla. Bar No.979678

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA

|  |  |
|---|---|
| | CASE NO:    21006243CF10A |
| | JUDGE       BARBARA R DUFFY |
| STATE OF FLORIDA | : |
| Plaintiff | : |
| v. | : |
| | : |
| KAREEM JABAAR FOREMAN | : |
| Defendant | : |

**State Discovery Exhibit**

COMES NOW the State of Florida, by and through the undersigned
Assistant State Attorney, and pursuant to the provisions of Rule
3.220, Florida Rules of Criminal Procedure and in recognition of the
Defendant's election to participate in discovery, submits the
following information:

    1. Digital Evidence, has been sent via e-mail download link to:
      Lacjd@comcast.net

    This link has been provided by our digital evidence partner.
    If not received, please notify us by email at
    evidence@sao17.state.fl.us for assistance.

I HEREBY CERTIFY that a true copy hereof has been furnished
electronically this ___ day of ___, A.D 200___, to:

Laura Chukwuma, Esquire, 200 SE 6th St Ste 305, Fort Lauderdale,
FL 33301-3424
Email:Lacjd@comcast.net

                                  HAROLD F. PRYOR,
                                  State Attorney

        By:

                                  EBONIE ROCIO, ESQUIRE
                                  Assistant State
                                  Attorney
                                  Fl Bar   125112
                                  201 S.E. 6th Street
                                  Unit    FTU
                                  Ft Lauderdale, FL 33301
                                  (954) 831-7956

The State incorporates by reference any individual(s) listed in the police report(s), any witness
statement(s) and depositions(s) relevant to the offenses charged herein.
Rev 02/18   E-file = Clerk      E-file = Defense Counsel     Original =    [FTU]  [FD]  [ER]     BWC